IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAWRENCE ALAN HABERMAN,

    Petitioner,

v.                                            CASE NO. 5:13-cv-00403-MP-CJK

ENGLISH,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 23, 2014. (Doc. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at Doc. 10. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation (doc. 9) is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus, filed under 28 U.S.C. § 2241 (doc. 1), is DISMISSED WITH PREJUDICE for lack of jurisdiction, as Petitioner has not demonstrated entitlement to proceed under that section.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this   *13th* day of November, 2014

                 *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge